# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALLEN ODELL WOODS

NO. 2021 KW 1445

**DECEMBER 30, 2021**

---

In Re:    Allen Odell Woods, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-16-0312.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's application for postconviction relief, filed on October 2, 2020, by January 31, 2022, and provide this court with a copy of the ruling by February 7, 2022.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT